# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  08-CV-01752

(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
CLERK

AHMAD PIERSON

_____, Applicant,

v.

J.M. WILNER, Warden, FCI-Florence,

_____, Respondent(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915
## IN A HABEAS CORPUS ACTION

I request leave to commence this habeas corpus action without prepayment of fees or

security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I declare that:

1.  I am unable to pay such fees or give security therefor.

2.  I am entitled to redress.

3.  I have _____.43_____ in my prison account.

(amount)

(Rev. 4/15/02)

4.  My other assets and their value are listed below:  (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

N/A

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___September 8, 2008___
(Date)

___Ahmad Pierson___
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

(Rev. 4/15/02)                                    2

# Inmate Statement

| | |
|---|---|
| **Inmate Reg #:** | 87079012 |
| **Inmate Name:** | PIERSON, AHMAD |
| **Report Date:** | 09/15/2008 |
| **Report Time:** | 3:31:14 PM |

| | |
|---|---|
| **Current Institution:** | Florence Complex |
| **Housing Unit:** | FLF-O-A |
| **Living Quarters:** | O01-306U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 9/8/2008 6:44:16 PM | 49 | | | Sales | ($89.10) | | $0.03 |
| FLX | 9/3/2008 5:12:52 PM | TFN0903 | | | Phone Withdrawal | ($8.00) | | $89.13 |
| FLX | 9/3/2008 2:45:09 PM | 020110-8 | | | Payroll - UNICOR | $96.57 | | $97.13 |
| FLX | 8/20/2008 6:46:03 PM | TFN0820 | | | Phone Withdrawal | ($1.00) | | $0.56 |
| FLX | 8/20/2008 5:43:15 PM | 48 | | | Sales | ($54.10) | | $1.56 |
| FLX | 8/18/2008 8:04:39 PM | 33323108 | | | Western Union | $50.00 | | $55.66 |
| FLX | 8/17/2008 7:48:07 AM | TFN0817 | | | Phone Withdrawal | ($2.00) | | $5.66 |
| FLX | 8/11/2008 5:11:33 PM | 18 | | | Sales | ($54.60) | | $7.66 |
| FLX | 8/9/2008 6:48:40 PM | TFN0809 | | | Phone Withdrawal | ($3.00) | | $62.26 |
| FLX | 8/6/2008 7:23:47 PM | TFN0806 | | | Phone Withdrawal | ($3.00) | | $65.26 |
| FLX | 8/6/2008 4:33:38 PM | TFN0806 | | | Phone Withdrawal | ($5.00) | | $68.26 |
| FLX | 8/6/2008 9:30:22 AM | 020078-8 | | | Payroll - UNICOR | $72.43 | | $73.26 |
| FLX | 7/14/2008 6:23:39 PM | 60 | | | Sales | ($1.40) | | $0.83 |
| FLX | 7/14/2008 6:22:25 PM | 59 | | | Sales | ($30.50) | | $2.23 |
| FLX | 7/12/2008 11:19:04 AM | TFN0712 | | | Phone Withdrawal | ($1.00) | | $32.73 |
| FLX | 7/11/2008 6:46:42 PM | TFN0711 | | | Phone Withdrawal | ($1.00) | | $33.73 |
| FLX | 7/10/2008 6:07:01 PM | TFN0710 | | | Phone Withdrawal | ($1.00) | | $34.73 |
| FLX | 7/10/2008 5:40:02 PM | TFN0710 | | | Phone Withdrawal | ($1.00) | | $35.73 |
| FLX | 7/10/2008 8:08:16 AM | HIPP0608 | | | Payroll - IPP | $36.54 | | $36.73 |
| FLX | 7/7/2008 6:10:26 PM | 48 | | | Sales | ($2.70) | | $0.19 |
| FLX | 7/7/2008 6:09:39 PM | 47 | | | Sales | ($15.15) | | $2.89 |
| FLX | 7/3/2008 6:14:01 PM | TFN0703 | | | Phone Withdrawal | ($1.00) | | $18.04 |
| FLX | 7/3/2008 6:13:28 AM | TFN0703 | | | Phone Withdrawal | ($2.00) | | $19.04 |
| FLX | 7/2/2008 3:27:38 PM | TFN0702 | | | Phone Withdrawal | ($4.00) | | $21.04 |
| FLX | 7/2/2008 1:12:31 PM | 020090-8 | | | Payroll - UNICOR | $24.86 | | $25.04 |
| FLX | 7/1/2008 6:20:22 AM | TFN0701 | | | Phone Withdrawal | ($1.00) | | $0.18 |
| FLX | 6/30/2008 5:20:41 PM | 18 | | | Sales | ($49.15) | | $1.18 |
| FLX | 6/29/2008 5:03:20 AM | 33319608 | | | Western Union | $50.00 | | $50.33 |
| FLX | 6/12/2008 5:02:59 PM | 16 | | | Sales | ($26.84) | | $0.33 |
| FLX | 6/10/2008 7:07:37 AM | HIPP0508 | | | Payroll - IPP | $26.46 | | $27.17 |
| FLX | 5/16/2008 7:42:06 PM | TFN0516 | | | Phone Withdrawal | ($1.00) | | $0.71 |
| FLX | 5/15/2008 6:02:17 PM | 139 | | | Sales | ($22.62) | | $1.71 |
| FLX | 5/9/2008 10:49:32 AM | TFN0509 | | | Phone Withdrawal | ($4.00) | | $24.33 |
| FLX | 5/9/2008 7:26:25 AM | HIPP0408 | | | Payroll - IPP | $27.72 | | $28.33 |
| FLX | 4/24/2008 5:05:06 PM | 97 | | | Sales | ($23.55) | | $0.61 |
| FLX | 4/20/2008 | TFN0420 | | | Phone Withdrawal | ($1.00) | | $24.16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9:07:03 AM | | | | | |
| FLX | 4/11/2008 12:10:23 AM | HICD0308 - 1302 | Debt Encumbrance - Released | | $1.53 | -------- |
| FLX | 4/11/2008 12:10:23 AM | HICD0308 - 1226 | Debt Encumbrance - Released | | $0.47 | -------- |
| FLX | 4/11/2008 12:10:23 AM | HICD0308 | Inmate Co-pay | ($2.00) | | $25.16 |
| FLX | 4/10/2008 6:07:38 PM | 105 | Sales | ($6.65) | | $27.16 |
| FLX | 4/10/2008 10:58:32 AM | TFN0410 | Phone Withdrawal | ($3.00) | | $33.81 |
| FLX | 4/10/2008 7:53:38 AM | HIPP0308 | Payroll - IPP | $11.34 | | $36.81 |
| FLX | 4/10/2008 7:53:38 AM | HICD0308 - 1302 | Debt Encumbrance | | ($1.53) | -------- |
| FLX | 4/6/2008 5:03:59 AM | 70105502 | Lockbox - CD | $25.00 | | $25.47 |
| FLX | 3/31/2008 12:06:16 PM | HICD0308 - 1226 | Debt Encumbrance | | ($0.47) | -------- |
| FLX | 3/19/2008 7:24:32 PM | 140 | Sales | ($29.80) | | $0.47 |
| FLX | 3/17/2008 3:10:25 AM | TX031708 | Transfer - In from TRUFACS | $29.00 | | $30.27 |
| FLX | 3/10/2008 5:27:45 PM | 15 | Sales | ($66.20) | | $1.27 |
| FLX | 3/8/2008 5:30:03 PM | TFN0308 | Phone Withdrawal | ($1.00) | | $67.47 |
| FLX | 3/8/2008 12:42:05 PM | TFN0308 | Phone Withdrawal | ($6.00) | | $68.47 |

| 2

**Total Transactions: 53**

Totals:   $0.03   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $0.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.03 |
| **Totals:** | **$0.03** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.03** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $420.92 | $451.16 | $10.83 | $97.13 | $19.68 | N/A | N/A |

/one d9-CSW

AUTHORIZED BY THE ACT OF JULY 27, 1955, TO ADMINISTER OATHS (18 U.S.C. 4004)